THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER VIERA,<br><br>                Plaintiff,<br><br>      vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation,<br><br>                Defendant. | NO. 2:20−cv−00534−RSM<br><br>JOINT STIPULATION TO EXTEND INITIAL EXPERT DISCLOSURE DEADLINE AND PROPOSED ORDER RE SAME<br><br>**NOTED FOR CONSIDERATION:**<br><br>**September 30, 2020**<br><br>**(Same Day Motion)**<br><br>**Without Oral Argument** |

**STIPULATION**

COME NOW the parties herein, by and through their attorneys of record, and request the Court enter an Order extending the deadline for "Disclosure of expert testimony under FRCP 26(a)(2)" from its current date of October 21, 2020 to November 15, 2020.

The primary reasons for the requested continuance are that (1) the soonest that plaintiff has time off from work to submit to a medical examination by defendant's medical expert is

JOINT STIPULATION TO EXTEND INITIAL EXPERT
DISCLOSURE DEADLINE AND PROPOSED ORDER RE
SAME - 1
(Case No. 2:20−cv−00534−RSM)

1070.145/Viera C20-634 stip order ext expert ddl

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S  A T  L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

late October 2020 (the exam is tentatively scheduled for October 27, 2020) and (2) plaintiff's claims-handling expert requires more time to complete his report.

DATED this 30th day of September, 2020.

                                      WAKEFIELD & KIRKPATRICK, PLLC

By *s/ Dan Kirkpatrick*
   Dan Kirkpatrick        WSBA #38674
   WAKEFIELD & WAKEFIELD, PLLC
   17544 Midvale Ave N, Suite 307
   Shoreline, WA  98133
   T:(206) 629-5489
   F:(206) 629-2120
   E-mail:  dkirkpatrick@wakefieldkirkpatrick.com
   Attorneys for State Farm

PAULEY LAW GROUP, PLLC

By *s/ Dan Kirkpatrick* for Ryan Pauley per email dated September 30, 2020
   Ryan Pauley        WSBA #40625
   PAULEY LAW GROUP, PLLC
   1001 4th Ave Ste 3200
   Seattle, WA 98154
   (206) 684-9454
   rpauley@pauleylawgroup.com
   Attorneys for Jennifer Viera

JOINT STIPULATION TO EXTEND INITIAL EXPERT DISCLOSURE DEADLINE AND PROPOSED ORDER RE SAME - 2
(Case No. 2:20−cv−00534−RSM)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

1070.145/Viera C20-634 stip order ext expert ddl

## ORDER

THIS MATTER came on for hearing before the Court on "Joint Stipulation Extend Initial Expert Disclosure Deadline" and the Court, being fully advised in the premises, does hereby

ORDER, ADJUDGE AND DECREE that "Joint Stipulation Extend Initial Expert Disclosure Deadline" is GRANTED and the deadline for "Disclosure of expert testimony under FRCP 26(a)(2)" is moved from its current date of October 21, 2020 to November 15, 2020.

Dated this 30th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO EXTEND INITIAL EXPERT DISCLOSURE DEADLINE AND PROPOSED ORDER RE SAME - 3
(Case No. 2:20−cv−00534−RSM)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

1070.145/Viera C20-634 stip order ext expert ddl