THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JENNIFER VIERA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation,<br><br>　　　　　Defendant. | NO. 2:20−cv−00534−RSM<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>**NOTE ON MOTION CALENDAR:**<br><br>Dececember 21, 2020<br><br>Same Day Motion |

## **STIPULATION**

It is hereby stipulated by the parties to this action, by and through their undersigned attorneys, that all claims in this action shall be dismissed with prejudice and without costs to any party.

　　　　　　　　　　　　　　　　　　　　　　WAKEFIELD & KIRKPATRICK, PLLC

Dated _____    By _____
　　　　　　　　　　　　　　　　　　　Dan Kirkpatrick　　WSBA #38674
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

---

STIPULATION FOR AND ORDER OF DISMISSAL - 1
(Case No. 2:20−cv−00534−RSM)

1070.145/Viera C30-634 stip order dismissal

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

PAULEY LAW GROUP, PLLC


Dated _____   By_____
                                  Ryan Pauley         WSBA #40625
                                  Attorneys for Plaintiff

### ORDER OF DISMISSAL

Based on the above Stipulation, IT IS HEREBY ORDERED that all claims in this action shall be dismissed with prejudice and without costs to any party.

DATED this 21st day of December, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE


Presented by:

WAKEFIELD & KIRKPATRICK, PLLC



By_____
   Dan Kirkpatrick           WSBA #38674
   Attorneys for Defendants

Copy Received, Approved as to Form;
Notice of Presentation Waived:

PAULEY LAW GROUP, PLLC



By_____
   Ryan Pauley               WSBA #40625
   Attorneys for Plaintiff

STIPULATION FOR AND OFFER OF DISMISSAL - 2
(Case No. 2:20−cv−00534−RSM)

1070.145/Viera C30-634 stip order dismissal

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120